1 | Brandy T. Cody (SBN 196923)
  | bcody@fisherphillips.com
2 | FISHER & PHILLIPS LLP
  | 4747 Executive Drive, Suite 1000
3 | San Diego, California 92121
  | Telephone: (858) 597-9600
4 | Facsimile: (858) 597-9601

JS-6

5 | Xiaochen Chen (SBN 347895)
  | xchen@fisherphillips.com
6 | FISHER & PHILLIPS LLP
  | 444 South Flower Street, Suite 1500
7 | Los Angeles, California 90071
  | Telephone: (213) 330-4486
8 | Facsimile: (213) 330-4501

9 | Gregory L. Blueford (SBN 302628)
  | gblueford@fisherphillips.com
10 | Matthew R. Carpenter (SBN 351569)
   | mcarpenter@fisherphillips.com
11 | FISHER & PHILLIPS LLP
   | 621 Capitol Mall, Suite 1400
12 | Sacramento, California 95814
   | Telephone: (916) 210-0400
13 | Facsimile: (916) 210-0401

14 | Attorneys for Defendant
   | FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JEAN CARLOS WARD, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., and DOES 1 through 100,<br><br>  Defendants. | CASE NO.: 5:23-cv-01377-KK-SHK<br><br>*[Removed from San Bernardino County Superior Court, Case No. CIVSB2303152]*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER**<br><br>Complaint Filed: June 14, 2023<br>Trial Date:      None |

## ORDER

Pursuant to stipulation of the Parties, and for good cause shown, the above-captioned action shall be dismissed with prejudice, in its entirety, as to all claims brought by Plaintiff against all Defendants.

**IT IS SO ORDERED**

Dated: April 10, 2024

_____
HON. KENLY KIYA KATO
United States District Judge